AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leyden, Diana L. | U.S. Tax Court | 08/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Special Trial Judge- Full time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

United States Tax Court
400 2nd Street, NW Room 108
Washington, DC 20217

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | New York City Department of Finance |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 08/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2016 | New York City Department of Financy, Salary | $74,703.52 |
| 2. 2016 | Amazon.com, book royalties | $208.54 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 08/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Massachusetts Deferred Comp Plan (H) | | | | | | | | | |
| 2. Massachusetts Deferred Comp Plan International Equity Fund | | None | K | T | | | | | |
| 3. Massachusetts Deferred Comp Plan Small Company Stock Fund | | None | K | T | | | | | |
| 4. Massachusetts Deferred Comp Plan Real Estate REIT Fund | | None | J | T | | | | | |
| 5. Massachusetts Deferred Comp. Plan Large Company Growth | | None | K | T | | | | | |
| 6. SMART Capital Preservation Fund | | None | J | T | | | | | |
| 7. Massachusetts Deferred Comp Plan SMART Plan 2025 | | None | K | T | | | | | |
| 8. Eaton Vance IRA- Dividend Builder Fund A | B | Dividend | | | Distributed | 03/28/16 | K | | |
| 9. EquiVest Tax Sheltered Annuity (H) | | | K | T | | | | | |
| 10. AXA Lg Cap Val Managed Vol | C | Int./Div. | K | T | | | | | |
| 11. State of Connecticut 403(b) Plan (H) | | | | | | | | | |
| 12. ARP Hybrid Transaction Fund | A | Int./Div. | K | T | Distributed (part) | 09/21/16 | N | | |
| 13. Connecticut Stable Fund ARP | A | Int./Div. | J | T | | | | | |
| 14. PIMCO Total Inst. Ret. Fund | A | Int./Div. | | | Sold | 10/24/16 | J | | |
| 15. Metropolitan West Total R | A | Int./Div. | J | T | Buy | 10/24/16 | J | | |
| 16. PIMCO Total Rtn Instl Fd | A | Int./Div. | J | T | | | | | |
| 17. TIAA CREF Instl Equity In | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. TIAA CREF Instl SocChc EQ Instl | A | Int./Div. | J | T | | | | | |
| 19. Fidelity VIP Mid Cap Portfolio | A | Int./Div. | J | T | | | | | |
| 20. TIAA CREF Instl SCB Idx Inst | A | Int./Div. | J | T | | | | | |
| 21. TIAA CREF Instl INternatl | A | Int./Div. | J | T | | | | | |
| 22. State of Connecticut Alternate (H) Retirement Plan | | | | | | | | | |
| 23. CT stable value fund | A | Int./Div. | J | T | Distributed (part) | 09/21/16 | M | | |
| 24. Vanguard Inflation Protec | A | Int./Div. | J | T | | | | | |
| 25. Vanguard Target Ret 2025 | A | Int./Div. | J | T | | | | | |
| 26. Fidelity VIP Contrafund Portf | A | Int./Div. | J | T | | | | | |
| 27. TIAA-CREF Institutional Int'l | A | Int./Div. | J | T | | | | | |
| 28. Vanguard REIT Index Instl | A | Int./Div. | J | T | | | | | |
| 29. National LIfe Insurance Company Whole Life Policy | E | Dividend | | | Redeemed | 10/31/16 | K | | |
| 30. TIAA State of CT Alternative Reitirement Plan (H) | | | | | | | | | |
| 31. TIAA Traditional | A | Int./Div. | K | T | | | | | |
| 32. CREF Stock R3 | B | Int./Div. | K | T | | | | | |
| 33. CREF Growth R3 | B | Int./Div. | J | T | | | | | |
| 34. CREF GlobalEquities R3 | B | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA Real Estate | B | Int./Div. | J | T | | | | | |
| 36. CREF In LInked Bond R3 | B | Int./Div. | J | T | | | | | |
| 37. CREF Money Market R3 | B | Int./Div. | J | T | | | | | |
| 38. CREF Social Choice R3 | B | Int./Div. | K | T | | | | | |
| 39. CT State Employment Retirement Systems (SERS) Hybrid retirement plan | A | Int./Div. | N | T | Open | 09/21/16 | N | | |
| 40. Bnk of America- Checking account | A | Interest | K | T | | | | | |
| 41. Bank of America CD | A | Interest | M | T | | | | | |
| 42. Bank of America Money Market Savings Account | A | Interest | M | T | | | | | |
| 43. Allianz Annuity-Fixed annuity | | None | M | T | | | | | |
| 44. Fidelity IRA- Fidelity Magellean | B | Int./Div. | K | T | | | | | |
| 45. VOYA SEP (H) | | | | | | | | | |
| 46. Voya Long term GAA | | None | K | T | | | | | |
| 47. Voya Balanced Portfolio 1 | | None | K | T | | | | | |
| 48. Voya Large Cap Value Port Inst | | None | K | T | | | | | |
| 49. VOYA 401K (H) | | | | T | | | | | |
| 50. Voya Large Growth Portfolio | | None | M | T | | | | | |
| 51. VY JP Morgan Mid-Cap | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VY Oppenheimer Global | | None | K | T | | | | | |
| 53. Webster Bank Checking account | A | Interest | | | Closed | 10/21/16 | J | A | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leyden, Diana L.. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 1-7 Regarding the Massachusetts Deferred Compensation Smart Plan, neither the statements nor the on line account information show investments. I have contacted the plan administrator and I was told they only report the change in value not any income.

2. Lines 11 and 20. In September 2016, I exercised a right to transfer from these plans into a State of Connecticut Hybrid Employment Retirement Plan, a defined benefit plan. The amount required to be transferred was less than what was in the two plans. I have reported the remaining balance in these plans, have reported the amount transferred from the one qualified plan to the other qualified plan as a distribution in part, but note that the amounts were not distributed, but rather transfered to another plan. I have reported the State of Connecticut Hybrid Employent Retireent Plan, a defined benefit plan, on line 39 and reported it as Open as I did not buy it. Instead, funds from the State of Connecticut 403(b) and State of Connecticut Alternate Retirement Fund were transferred into this plan and hence I consider it as being opened..

3. Line11 I erred on the amended initial report I listed as State of Connecticut 403(b) all the funds that were in fact invested in the State of Connecticut Alternative Retirement Fund (see lines 37-43 of the amended initial report) and listed under the State of Connecticut Alternative Retirement Plan the funds that were in the State of Connecticut 403(b) plan. I have correctly reported the funds under the correct plan in this report. In both plans, amounts were transferred into the State of Connecticut Hybrid Employment Retirement Plan and I have listed the transfers as disributions in part (see note 2 above)

4. Line 13 The plan chaanged this fund investment and the quarterly report indictes that it was "exchanged" for the Meropolitan West total R.

5. Line 31 I erred in reporting this fund as TIAA Guaranteed on the amended intial report. It was and continues to be TIAA Traditional

6.. Line 57 Allianz Fixed annuity- the plan administrator informed us that there is not any income in the form of interest or dividends, just a change in value.

7. Lines 59-62 VOYA 401(k) and 63-66 VOYA SEP. My husband contacted the plan administrator and was told the investments are in indexed funds and as such, there is not reported income in the form of interest or dividends, but rather changes in total value.

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Diana L. Leyden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544